# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00350-CV

**Michael Dewvall, Appellant**

**v.**

**Kathy D. Wills, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 16,733, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 26, 2009, this Court notified appellant that the clerk's record in the above cause was overdue. This Court requested that appellant make arrangements for the record and submit a status report regarding this appeal on or before September 8, 2009. This Court further informed appellant that failure to do so may result in the dismissal of this appeal for want of prosecution. The deadline has passed, and we have received no response from appellant. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   October 16, 2009